UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sigma Enterprises, LLC, | Civil File No. 0:15-cv-03804-SRN-SER |
| Plaintiff, | **CONSENT JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Tekno Products, Inc. and Dollar General Corporation, | |
| Defendants. | |

Plaintiff Sigma Enterprises, LLC ("Sigma") and Defendants Tekno Products, Inc. ("Tekno") and Dollar General Corporation ("Dollar General"), having agreed upon a resolution of this matter prior to a trial on the merits, hereby stipulate and consent to the entry of this Consent Judgment and Permanent Injunction.

NOW, THEREFORE, upon stipulation and consent of the parties hereto, IT IS ORDERED, ADJUDGED AND DECREED:

1. This Court has jurisdiction over the parties and the subject matter of this action.

2. Sigma is the owner of U.S. Patent No. 9,015,895 ("the '895 Patent").

3. The parties agree that, as a condition of settlement, injunctive relief is warranted. Therefore, a permanent injunction is hereby entered as follows:

    A. Tekno, its officers, agents, and employees, and all others acting in active concert or participation with them are hereby enjoined from:

        (i) making, using, offering for sale, selling, and/or importing the Tekno "cosmetic brush cleaning glove" (hereinafter the "Tekno Product"),

>   or any other cosmetic brush cleaning device that infringes Claim 22 of the '895 Patent;
>
> (ii)   inducing others to infringe Claim 22 of the '895 Patent; and
>
> B. Dollar General, its officers, agents, and employees, and all others acting in active concert or participation with them are hereby enjoined from:
>
> (iii)   making, using, offering for sale, selling, and/or importing the Tekno Product, or any other cosmetic brush cleaning device that infringes Claim 22 of the '895 Patent;
>
> (iv)   inducing others to infringe Claim 22 of the '895 Patent.

4. The parties agree that this Consent Judgment and Permanent Injunction is a final resolution of Sigma's claims and Tekno's counterclaims in this matter, and that Sigma's claims for relief other than injunctive relief and Tekno's counterclaims are hereby dismissed. Each party shall bear its own costs and attorneys' fees associated with this action.

5. This Court shall retain jurisdiction over this matter for the purpose of enforcing this Consent Judgment and Permanent Injunction.

6. There shall be no appeal from this Consent Judgment.

7. Signatures transmitted electronically or by facsimile shall be deemed original.

8. Each of the signatories warrant and represent that they have full authorization to enter into this Consent Judgment and Permanent Injunction on behalf of the respective parties named below.

>   The undersigned consent to entry of this Consent Judgment without further notice.

On behalf of:

| | |
|---|---|
| Sigma Enterprises, LLC | Tekno Products, Inc. |
| By: /s/ Rene Xavier_____ | By: /s/ N. Kurani _____ |
| Date: 7/6/16_____ | Date: 6/26/16 _____ |
| | Dollar General Corporation |
| | By:/s/ Kelly Collier_____ |
| | Date:6-14-16_____ |

As Counsel for:

Sigma Enterprises, LLC.                     Tekno Products, Inc. and Dollar General Corporation

By: /s/ Forrest Tahdooahnippah_____     By: /s/ Richard Schurin_____

Date: July 7, 2016 _____     Date: July 7, 2016_____

DORSEY & WHITNEY LLP                        STERN & SCHURIN LLP
    J. Thomas Vitt #0183817
    vitt.thomas@dorsey.com                      RSchurin@SternSchurin.com
    Forrest K. Tahdooahnippah #391459
    forrest@dorsey.com                      595 Stewart Avenue
Suite 1500, 50 South Sixth Street           Suite 710
Minneapolis, MN 55402-1498                  Garden City, NY 11530
Telephone:  (612) 340-2600                  Telephone:  (516) 248-0300

*Attorneys for Plaintiff*                   BRIGGS & MORGAN, P.A.
                                        Michael M. Lafeber #0242871
                                        2200 IDS Center
                                        80 South Eighth Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 977-8400

                                        *Attorneys for Defendants*

    IT IS SO ORDERED.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

                                        BY THE COURT

Dated: July 13, 2016.                            s/Susan Richard Nelson
                                                SUSAN RICHARD NELSON
                                                United States District Court Judge